

**FILED**
APR - 4 2013
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEP___

CASE UNSEALED PER ORDER OF COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAURA CRUZ (1),<br>RAUL ALVARADO (2),<br>　aka Penguin,<br>ROBERT RODRIGUEZ (3),<br>　aka Bouncer,<br>CARRIE BROWN-RODRIGUEZ (4),<br>ANTHONY PALAFOX (5),<br>　aka Goofy or G,<br>JESSICA HOLGUIN (6),<br>ROBERT AGUILAR (7),<br>　aka Gangster,<br>CRISTIAN GARDUNO (8),<br>ERICK GARCIA-MARTINEZ (9),<br>JOSHUA SANCHEZ (10),<br>　aka Negro or Black,<br>TRAVIS JOB (11),<br>BRIAN RAMIREZ (12),<br>　aka Youngster,<br>ANDY ESPINOZA (13),<br>　aka Lil Chops,<br>LORI STORY (14),<br>ANGEL OLMOS (15),<br>　aka Wizard,<br>BRAD WOOLARD (16),<br>JOSE ANTONIO (17),<br>　aka Lil Joe or Negro,<br>EMILY BAKER (18),<br>MONORIN PHIAKEO (19),<br>　aka Lap,<br>JESSICA KISNER (20),<br>HECTOR MEDRANO (21),<br>FRANKIE KING (22),<br><br>　　　　　Defendants. | Case No. 13CR1128-BEN<br><br>I N D I C T M E N T<br>　(Superseding)<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Secs. 952, 960(b)(1)(H) and 963 - Conspiracy to Import Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Distribution of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 21, U.S.C., Sec. 853 - Criminal Forfeiture |

FAS:nlv(lml):San Diego
4/4/13

14

The grand jury charges:

Count 1

Beginning at a date unknown and continuing through February 2013, within the Southern District of California and elsewhere, defendants LAURA CRUZ, RAUL ALVARADO, aka Penguin, ROBERT RODRIGUEZ, aka Bouncer, CARRIE BROWN-RODRIGUEZ, ANTHONY PALAFOX, aka Goofy or G, JESSICA HOLGUIN, ROBERT AGUILAR, aka Gangster, CRISTIAN GARDUNO, ERICK GARCIA-MARTINEZ, JOSHUA SANCHEZ, aka Negro, TRAVIS JOB, BRIAN RAMIREZ, aka Youngster, ANDY ESPINOZA, aka Lil Chops, LORI STORY, ANGEL OLMOS, aka Wizard, BRAD WOOLARD, JOSE ANTONIO, aka Lil Joe or Negro, EMILY BAKER, MONORIN PHIAKEO, aka Lap, JESSICA KISNER, HECTOR MEDRANO and FRANKIE KING did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual) or 500 grams and more of a mixture containing methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii) and 846.

Count 2

Beginning at a date unknown to the grand jury and continuing up to and including February 2013, within the Southern District of California, and elsewhere, defendants LAURA CRUZ, ROBERT RODRIGUEZ, aka Bouncer, CARRIE BROWN-RODRIGUEZ, CRISTIAN GARDUNO and ERICK GARCIA-MARTINEZ did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to import 50 grams and more of methamphetamine (actual) or 500 grams and more of a mixture containing methamphetamine, a Schedule II Controlled Substance, into the United States from a place

//

outside thereof; in violation of Title 21, United States Code, Sections 952, 960(b)(1)(H) and 963.

### Count 3

On or about June 27, 2012, within the Southern District of California, defendants ROBERT RODRIGUEZ, aka Bouncer, CARRIE BROWN-RODRIGUEZ, BRIAN RAMIREZ, aka Youngster, and ANDY ESPINOZA, aka Lil Chops, did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 109.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### Count 4

On or about October 19, 2012, within the Southern District of California, defendant LAURA CRUZ did knowingly and intentionally distribute 50 grams and more of methamphetamine, to wit: approximately 176 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

### Count 5

On or about December 5, 2012, within the Southern District of California, defendant TRAVIS JOB did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 56.4 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

//
//
//

Count 6

On or about December 22, 2012, within the Southern District of California, defendants ANTHONY PALAFOX, aka Goofy or G, and JESSICA HOLGUIN did knowingly and intentionally possess with the intent to distribute 50 grams and more of methamphetamine, to wit: approximately 54.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

Forfeiture Allegations

Forfeiture for Title 21 Violation

The allegations contained in Counts 1 through 6 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

As a result of the commission of the felony offenses alleged in Counts 1 through 6 of this indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendants LAURA CRUZ, RAUL ALVARADO, aka Penguin, ROBERT RODRIGUEZ, aka Bouncer, CARRIE BROWN-RODRIGUEZ, ANTHONY PALAFOX, aka Goofy or G, JESSICA HOLGUIN, ROBERT AGUILAR, aka Gangster, CRISTIAN GARDUNO, ERICK GARCIA-MARTINEZ, JOSHUA SANCHEZ, aka Negro, TRAVIS JOB, BRIAN RAMIREZ, aka Youngster, ANDY ESPINOZA, aka Lil Chops, LORI STORY, ANGEL OLMOS, aka Wizard, BRAD WOOLARD, JOSE ANTONIO, aka Lil Joe or Negro, EMILY BAKER, MONORIN PHIAKEO, aka Lap, JESSICA KISNER, HECTOR MEDRANO and FRANKIE KING shall, upon conviction, forfeit to the United States all their rights, title and interest in any and all property constituting,

4

or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this indictment including but not limited to: specifically describe any vehicles, cash, firearms, (make, model, serial number) etc.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATE: April 4, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney