§CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Cruz, et al
FOR AT: San Diego CA

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Frankie Lorenzo King

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 13CR1128-BEN
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor
21 USC § 841 (a)(1)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed  (Holding job while D in custody)
Name and address of employer: FMD (Govt Contractor)
IF YES, how much do you earn per month? $ 3000.00/MO
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED  SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ 200.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE $ 1500.00  DESCRIPTION 1994 Cadillac SLS

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE  ☒ MARRIED  ___ WIDOWED  ___ SEPARATED OR DIVORCED
Total No. of Dependents: 3 4
List persons you actually support and your relationship to them: Spouse, Son (in CA), Daughter (in Kentucky)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $ 1050.00 |
| Utilities | | $ | $ 300.00 |
| Food | | $ | $ 400.00 |
| Auto Costs | | $ | $ 400.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/25/13

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | U.S.D.C. No. 13CR1128-BEN |
| | ) | |
| Plaintiff-Appellee, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| **FRANKIE KING,** | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, GARY P. BURCHAM, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 300, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of Defendant's Financial Affidavit on the following party or parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him/her.

Fred Sheppard, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2013

s/ Gary P. Burcham
GARY P. BURCHAM